[No. 18564–1–I.  Division One.  January 6, 1988.]

KEITH O'BRIEN STORES, INC., ET AL, *Respondents,* v. GRANDMORE INVESTORS, ET AL, *Appellants.*

GRANDMORE INVESTORS, ET AL, *Appellants,* v. KEITH O'BRIEN STORES, INC., ET AL, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 85–2–19957–0, 85–2–19335–1, James D. McCutcheon, Jr., J., entered April 5, 1986. *Affirmed* by unpublished opinion per Schumacher, J. Pro Tem., concurred in by Scholfield, C.J., and Swanson, J.

[No. 17455–0–I.  Division One.  January 6, 1988.]

ECHO LAKE TOWNHOME OWNERS ASSOCIATION, *Appellant,* v. TRAVIS C. HAMMOND, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–01205–8, David C. Hunter, J., entered May 5, 1986. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 18811–9–I.  Division One.  January 6, 1988.]

BUSH STREET ASSOCIATES, *Appellant,* v. J. MARCEL, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–09025–0, Mary Wicks Brucker, J., entered June 12, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Schumacher, J. Pro Tem.